Battle, J.
 

 We
 
 cannot perceive any reason for dpubting the correctness of the opinion expressed by his Honor in the court below. The exception of the trees fit for tun timber did not embrace all the trees fit for turpentine, and, therefore, was not repugnant to the grant in the lease under which the plaintiff claimed. The cases of
 
 Robinson
 
 v.
 
 Gee,
 
 4 Ire. Rep. 186, and
 
 Whitted
 
 v.
 
 Smith, ante
 
 36, are both cases in which the deeds contained exceptions as much, if not more, liable to objection than this, and yet no doubt was expressed as to their sufficiency, and the only questions raised on them were as to their extent: An exception necessarily excludes from a grant a part of the whole of what would otherwise be contained in it, and that is all the effect it has in this case.
 

 Pee Oujbiam. Judgment affirmed.